IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSE RAY WILLIAMS                                                                                       PLAINTIFF

v.                                        Case No. 1:25-cv-1081

LPN PAT MILLER and
JAIL ADMINISTRATOR JOHNNY GUY                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 6, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with the Court's orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge